Court, Appellate Division, Fourth Department. October 2, 1912.) Action by the Assets Realization Company, suing in behalf of itself, etc., against Clarence M. Howard and others. No opinion. Motion granted, directing entry of order of affirmance nunc pro tunc as of the 2d day of May, 1912, the date of argument. See, also, 136 N. Y. Supp. 1130.

BABCOCK, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Percy Babcock against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BACHRACH. (Supreme Court, Appellate Division, First Department. October 25, 1912.) In the matter of Emma Bachrach. No opinion. Motion denied, with $10 costs. Order filed.

BACON v. SAYRE et al. ZARTMAN v. SAME. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Francis Bacon, individually and as only surviving executor of Emma Bacon, deceased, against Wellington K. Sayre and W. F. Bacon, as executors, and by George E. Zartman, as trustee in bankruptcy of Francis Bacon, bankrupt, against Wellington K. Sayre and W. F. Bacon, as executors, etc., of Weltha E. Hayes, deceased.

PER CURIAM. Order modified, by granting motion requiring the plaintiff, Francis Bacon, to bring in George E. Zartman, as trustee, as a party defendant, and providing that all proceedings in the action brought by George E. Zartman, as trustee, be stayed and enjoined until the action brought by Francis Bacon be tried and determined or otherwise disposed of, and, as so modified, the order is affirmed, without costs of this appeal to either party.

ROBSON, J., not sitting.

BAFF, Appellant, v. ELIAS, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Rebecca Baff against Sep Elias. No opinion. Motion denied, without costs. See, also, 136 N. Y. Supp. 563.

BAKER, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Charles S. Baker against William B. Fisher. C. J. Katzenstein, of New York City, for appellant. L. C. Ferguson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BANCHETTI, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Giovanni Banchetti, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion to recall remittitur granted, record amended, and reargument (of 148 App. Div. 934, 133 N. Y. Supp. 1112) ordered to be heard on October 16, 1912.

BANGUIAT et al., Appellants, v. BANGUIAT et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Vitall Banguiat and another against H. Ephraim Banguiat and others. C. A. Jayne, of New York City, for appellants. J. A. Leve, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARBER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Edwin A. Barber, as administrator, etc., of Mabel E. Newell, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Appeal withdrawn.

BARNARD REALTY CO. v. BONWIT. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Barnard Realty Company against Carl Bonwit. No opinion. Application granted. Order signed. See, also, 76 Misc. Rep. 464, 135 N. Y. Supp. 700.

BARRETT, Respondent, v. VILLAGE OF SENECA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Clara B. Barrett, an infant, etc., against the Village of Seneca Falls. No opinion. Judgment and order affirmed, with costs.

BAUM, Respondent, v. STEWART-KERBAUGH-SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Chauncey Baum against the Stewart-Kerbaugh-Shanley Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $158 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, with costs.

BAYHA, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edwin Bayha against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEARDSLEY, Appellant, v. MAIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Manley J. Beardsley, as administra-

tor, etc., against Mary Ann Main and others. No opinion. Judgment affirmed, with costs.

BEARDSLEY, Appellant, v. MAIN et al., Respondents. (Supreme Court. Appellate Division, Fourth Dpartment. October 18, 1912.) Action by Manley J. Beardsley, as administrator, etc., against Mary Ann Main and others. No opinion. Order affirmed, with $10 costs and disbursements.

BELDEN, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by George G. Belden, as administrator de bonis non, etc., of Henry Belden, deceased, against Charles W. Coleman, as executor, etc., of Charles Donohue, deceased.

PER CURIAM. Order, in so far as appealed from, modified in the following particulars: First. So much of paragraph XV of the complaint as is contained in that portion thereof beginning with the words, "In opposition to said application it was set forth," etc., and concluding with the words, "and that the Supreme Court had jurisdiction to so determine, in the aforesaid action then pending," should be stricken out. Second. So much of paragraph XVI as follows the words "verified according to law" should be stricken out. Third. The words "having been advanced as a preferred cause upon the motion of the plaintiff, which said motion was granted over the opposition of said William Belden, defendant therein," should be stricken out from paragraph XVII. Fourth. The last sentence of paragraph XXII should be stricken out. As thus modified, so much of the order as is appealed from is affirmed, without costs. See, also, 136 N. Y. Supp. 1130.

BENJAMIN v. BROWNSTEIN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Ephraim Benjamin against Daniel J. Brownstein. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 1099.

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) In the matter of the application and petition of John A. Bensel and others to acquire real estate, etc., in the towns of Mt. Pleasant and Greenburgh, etc., Southern Aqueduct Department, Consolidated Sections Nos. 15 and 17.

PER CURIAM. Order, in so far as appealed from, reversed, with $10 costs and disbursements, upon the authority of In the Matter of Simmons, Hill View Reservoir, Section 1, Parcel 5, 151 App. Div. 445, 135 N. Y. Supp. 921, and proceeding remitted to the Special Term to consider the application upon the merits. See, also, 137 N. Y. Supp. 374.

HIRSCHBERG, J., dissents.

BERMEL, Respondent, v. HUNER, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Felix M Bermel against John T.

Huner. No opinion. Judgment and order unanimously affirmed, with costs.

BERRYMAN, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Wilson Berryman, as administrator, against the Manhattan Transit Company. C. J. Gleason, of New York City, for appellant. C. Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event, judgment, as so modified, and order appealed from, affirmed without costs. Settle order on notice.

BIANCHI v. LEON. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Maurice G. D. Bianchi against Maurice Leon. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 138 App. Div. 215, 122 N. Y. Sup. 1004.

BIER, Respondent, v. TWENTY–FIFTH CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Siegfried M. Bier against the Twenty-Fifth Construction Company. A. E. Smith, of Bronxville, for appellant. C. E. Thorn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 N. Y. Supp. 1100.

In re BLACKWELL'S ISLAND BRIDGE. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Blackwell's Island Bridge. No opinion. Referee's report confirmed. Settle order on notice. See, also, 135 N. Y. Supp. 1100; 137 N. Y. Supp. 1111.

In re BLACKWELL'S ISLAND BRIDGE. In re MEAD. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Blackwell's Island Bridge. In the matter of one Mead. No opinion. Referred to H. A. Gildersleeve, official referee. Settle order on notice. See, also, 137 N. Y. Supp. 1111.

BOHRINGER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Leonhard Bohringer, as administrator, etc., against Samuel O. Campbell. No opinion. Motion for reargument (of 137 N. Y. Supp. 241) granted, without costs, and case set down for Tuesday, November 19, 1912.

In re BOLAND. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Frank A. K. Boland. No opinion. Application granted, and petitioner reinstated. Settle order on notice. See, also, 149 App. Div. 947, 134 N. Y. Supp. 1126.